IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANA M. MCLEOD,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION 15-00645-KD-M<br>) |
| FIELD ASSET SERVICES, LLC,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that judgment is **GRANTED** in favor of Defendant Field Asset Services, LLC and against Plaintiff Dana M. McLeod with regard to Counts Five and Six, such that said claims are **DISMISSED.**

**DONE** and **ORDERED** this the **23rd** day of **January 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**